## Commonwealth *v.* Saunders, Appellant.

Argued June 12, 1974. *Chas Lowenthal*, for appellant; *Maxine Stotland*, Assistant District Attorney, with her *Mark Sendrow, David Richman*, and *Steven Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy

District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.